# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KATHY M. WHITFIELD                                                                          PLAINTIFF

VS.                             CASE NO. 1:18CV00094 BRW/PSH

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                                                     DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Kathy M. Whitfield ("Whitfield"), moves for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). For good cause shown, the Court recommends that the motion be granted, and the case dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2019.

                                                                                                                                      UNITED STATES MAGISTRATE JUDGE